TONY PETER PAUL, PLAINTIFF-APPELLANT, v. REPUBLIC VARNISH COMPANY, INCORPORATED, DEFENDANT-RESPONDENT.

Submitted January 26, 1934—Decided May 2, 1934.

Before Justices PARKER, LLOYD and PERSKIE.

For the appellant, *Abe Press.*

PER CURIAM.

A careful examination of the printed book submitted in this case fails to disclose any judgment record, or any specification of the determinations or directions of the trial court with which the appellant is dissatisfied in point of law.

The appeal is accordingly dismissed.